In the Matter of STEPHEN VAUGHAN, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents.

Submitted March 13, 2006; decided May 9, 2006

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order denying appellant's motion for reconsideration, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitu-

tion; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.